UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Streamline Packaging Systems, Inc., et al,

        Plaintiffs                    Case No: 1:06-cv-00701 PLM

v.                                          HONORABLE PAUL L. MALONEY

                                            ORDER GRANTING DEFENDANTS
Vinton Packaging Group, Inc., et al,             SSOE, TOTH, AND VINTON, MOTIONS
                                            FOR SUMMARY JUDGMENT

        Defendants

For the reasons and grounds fully set forth in the Court's opinion issued from the bench, Defendants' Motion for Summary Judgment is GRANTED; the Court finding that Plaintiffs lack standing to sue.

                                                              /s/ Paul L. Maloney
September 25, 2007                                         _____
                                                              Paul L. Maloney
                                                              United States District Judge