UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Streamline Packaging Systems, Inc., et al,

                  Plaintiffs                Case No: 1:06-cv-00701 PLM

v.                                      HONORABLE PAUL L. MALONEY

                                      ORDER DENYING PLAINTIFFS'
Vinton Packaging Group, Inc., et al,       MOTION TO DISMISS
                                      DEFENDANT VINTON AS MOOT

                  Defendants


      In light of the Court's ruling that Plaintiffs lacked standing to initiate this cause, Plaintiffs'

Motion to Dismiss as to defendant Vinton is DENIED as moot.  The Court finds that Vinton is a

prevailing party in light of its ruling concerning Plaintiffs' lack of standing.  (See Docket #30.)


      Defendant Vinton's Motion for Attorney Fees is taken under advisement for issuance of a

written opinion.


                                      /s/ Paul L. Maloney

September 25, 2007                       _____

                                    Paul L. Maloney
                                    United States District Judge