UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STREAMLINE PACKAGING, INC. and
DOUGLAS O'BRIEN,
       Plaintiffs,

-v-

VINTON PACKAGING GROUP, INC.,
SSOE, INC. and ROBERT TOTH,
       Defendants.

Case No. 1:06-cv-701

HONORABLE PAUL L. MALONEY

## ORDER GRANTING DEFENDANT VINTON PACKAGING GROUP'S MOTION FOR SUMMARY JUDGMENT REGARDING ATTORNEY FEES

Defendant Vinton Packaging requested attorney fees under MCL 445.1905 as part of its motion for summary judgment. (Dkt. No. 18). This Court has read the pleadings, attachments, and responses and has had the benefit of counsels' presentations on the issues. For the reasons provided in the contemporaneously filed opinion, Defendant Vinton's request for attorney fees is **GRANTED.** Within two weeks from the date of this order, Defendant Vinton shall file and serve on Plaintiffs a bill of costs and any other appropriate and necessary paperwork establishing the costs and fees incurred in defending the action. Plaintiffs shall have two weeks after the date the documents are served to file objections. **IT IS SO ORDERED.**

Date:   October 3, 2007                            /s/ Paul L. Maloney

                                                                              Paul L. Maloney
                                                                              United States District Judge